# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Wayne Meadows<br>aka Michael W Meadows<br><br>**Debtor** | BK NO. 18-03859 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

      Respectfully submitted,

      **/s/ James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322