```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                    Case No. 18-03859-RNO
Michael Wayne Meadows                                                     Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner                Page 1 of 1              Date Rcvd: Nov 06, 2018
                             Form ID: ntnew341            Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db          +Michael Wayne Meadows,    40 Schottie Road,    Littlestown, PA 17340-9749
5107806     +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
5107807     +Betty Meadows,    40 Schottie Road,    Littlestown, PA 17340-9749
5107808     +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
              Camp Hill, PA 17001-8875
5107809     +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
5107812     +John James Mooney III,    230 York Street,    Hanover, PA 17331-3270
5107813     +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5107805      PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
              Harrisburg, PA 17128-0431
5107815     +Penn State Hershey Medical Center,    PO Box 853,    Hershey, PA 17033-0853
5107816      Penn State Hershey Medical Center,    Post Office box 643291,    Pittsburgh, PA 15264-3291
5107817     +Penn State MS Hershey Medical Cente,    PO Box 854,    Hershey, PA 17033-0854

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5107811     +E-mail/Text: julie.baugher@pinnaclehealth.org Nov 06 2018 19:33:13      Hanover Hospital,
              300 Highland Avenue,    Hanover, PA 17331-2203
5107804      E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 19:33:18      Internal Revenue Service,    POB 7346,
              Philadelphia, PA 19101-7346
5107814     +E-mail/Text: Bankruptcies@nragroup.com Nov 06 2018 19:33:59      National Recovery Agency,
              Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5107818     +E-mail/Text: kcm@yatb.com Nov 06 2018 19:33:13      York Adams Tax Bureau,
              Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5107810       Emergency Physicians,    Removed per entry 10
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Michael Wayne Meadows gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Michael Wayne Meadows, <br> aka Michael W Meadows, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18–bk–03859–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 20, 2018 <br> Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 6, 2018 |

ntnew341 (04/18)