Criteria | Map | Results

Previous · Next · **1** of **1**    Checked **0**    All · None · Page    One-Line display    Display [Agent 360 Property I ▼] at [1 ▼] per page

☐ 40 Schottie Rd, Littlestown, PA 17340 9749     Mount Joy     Tax ID   30G18-0030---000

Public Records | Tax History | Sale & Mortgage | Flood Report | Most Recent Listing | Property History | Sketches

B$   S$   View Comparable Properties

## Summary Information

| | | | |
|---|---|---|---|
| Owner: | Michael W Meadows | Property Class: | Residential |
| Owner Address: | 40 Schottie Rd | Annual Tax: | $3,571 |
| Owner City State: | Littlestown, Pa | Record Date: | 08/29/08 |
| Owner Zip+4: | 17340 | | |
| Owner Carrier Rt: | | | |

## Geographic Information

| | |
|---|---|
| County: | Adams, PA |
| Municipality: | Mount Joy |
| High Sch Dist: | Littlestown Area |
| Tax ID: | 30G18-0030---000 |
| Tax ID Alt: | 30G180030000 |

## Assessment & Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Tax Year: | 2018 | Annual Tax: | $3,571 | Total Land Asmt: | $105,500 |
| County Tax: | $919 | Taxable Land Asmt: | $105,500 | Total Bldg Asmt: | $113,900 |
| Municipal Tax: | $33 | Taxable Bldg Asmt: | $113,900 | Total Asmt: | $219,400 |
| School Tax: | $2,619 | Water District: | 0 | Taxable Total Asmt: | $219,400 |
| Fire District: | 0 | | | Garbage District: | 0 |
| Light District: | 0 | | | | |

## Lot Characteristics

| | |
|---|---|
| Acres: | 3.18 |
| Roads: | Paved |
| Location: | Urban |

## Building Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Total SQFT: | 1,298 | Total Rooms: | 6 | Garage Type: | Yes (Type Unknown) |
| Residential Type: | Single/Det | Bed Rooms: | 3 | Water: | Well/Pvt |
| Residential Design: | 1 Story | Full Baths: | 1 | Sewer: | On Site Septic |
| Stories: | 1.00 | Total Baths: | 1.0 | Year Built: | 1980 |
| Abv Grd Fin SQFT: | 1,298 | Exterior: | Aluminum | Heat Fuel: | Oil |
| Attic Type: | None | Porch/Deck SQFT: | 144 | Other Structure: | Grg(s) |
| Bldg Condition: | Average | Heat Delivery: | Hot/Warm Air | | |
| | | Septic: | Exists | | |
| | | Year Remodeled: | 1985 | | |

## Codes & Descriptions

| | | | |
|---|---|---|---|
| Land Use: | 101 Residential 1 Family | | |
| | | County Bldg Desc: | GREEN ALUM WITH WHITE TRI |

## MLS History

Street Number is 40
Street Name is like 'schot*'
Found 1 result in 0.03 seconds.



Researched and prepared by      Subject Property

Greg Skipper

Prepared exclusively for

Greg Skipper



**Greg Skipper**
Long & Foster Real Estate
1425 Liberty RD
Eldersburg, MD 21784
(443) 536-9451
greg.skipper@lnf.com

Copyright: BRIGHT MLS© 2018 All rights reserved.
COMPETITIVE MARKET ANALYSIS DISCLOSURE



**Greg Skipper**
Long & Foster Real Estate
Office Ph: (410) 795-9600
Ph: (443) 536-9451

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.

Thursday, September 6, 2018



No Picture Available





| | Subject Property | Details 800 Harney Road | Adjust | Details 650 Basehoar Roth Road | Adjust |
|---|---|---|---|---|---|
| MLS# | | 1001301369 | | 1000458222 | |
| Status | | Closed | | Closed | |
| Prop Type | | Residential | | Residential | |
| City | | Littlestown | | Littlestown | |
| Sch District | | Littlestown Area | | Littlestown Area | |
| Subdiv/Neigh | | Littlestown | | 0 | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Ranch/Rambler | | Modular/Pre-Fabricated, Ranch/Ra | |
| Structure Type | | Detached | | Detached | |
| Year Built | | 1997 | | 1990 | |
| Taxes/Tax Yr | $0.00 | | | $5,337 / 2018 | |
| Assessed Val | $0 | $189,100 | | $335,300 | |
| List Date | | 06/26/2017 | | 04/28/2018 | |
| Sold Date | | 09/28/2017 | | 05/31/2018 | |
| DOM/CDOM | --/ | 55/55 | | 17/17 | |
| List Price | | $194,995 | | $249,900 | |
| Sold Price | | $194,995 | | $249,000 | |
| Concessions | | $9,400 | | | |
| Abv Grd FinSF | | 1,163 | 3,000.00 | 2,858 | |
| Blw Grd FinSF | | 0 | | 0 | |
| $/SqFt | | $167.67 | | $87.12 | |
| Acres | | 1.520 | 1,000 | 9.800 | -5,000 |
| Beds | | 3 | | 4 | -5,000 |
| Baths | / | 2 | -3,500/0 | 2 | -3,500/0 |
| Bsmnt Type | | Crawl Space, Sump Pump | | Crawl Space, Partial, Unfinished | |
| Garage Spcs | | 1.00 | | 3.00 | |
| Parking | | | | | |
| Fireplaces | | | | 0 | |
| Cooling | | Central A/C, Heat Pump(s) | | Central A/C | |
| Heating | | Baseboard, Forced Air, Heat Pump | | Electric | |
| Water | | Well | | Well | |
| Sewer | | Septic Exists | | Other | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |

| | Price | Total Adjustments | Adjusted Price |
|---|---|---|---|
| | $194,995 | $500 | $195,495 |
| | $249,000 | $-13,500 | $235,500 |

©2018 Bright MLS Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Greg Skipper**
Long & Foster Real Estate



**Greg Skipper**
Long & Foster Real Estate
Office Ph: (410) 795-9600
Ph: (443) 536-9451

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.

Thursday, September 6, 2018





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | | **941 Hoffman Home Road** | | **95 Lion Archer Drive** | |
| MLS# | | 1000145046 | | 1000387678 | |
| Status | | Closed | | Pending | |
| Prop Type | | Residential | | Residential | |
| City | | Gettysburg | | Littlestown | |
| Sch District | | Gettysburg Area | | Littlestown Area | |
| Subdiv/Neigh | | Rural Area | | Lion Ar | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Ranch/Rambler | | Ranch/Rambler | |
| Structure Type | | Detached | | Detached | |
| Year Built | | 2006 | | 1997 | |
| Taxes/Tax Yr | $0.00 | $4,036 / 2017 | | $4,832 / 2018 | |
| Assessed Val | $0 | $271,100 | | $295,600 | |
| List Date | | 02/14/2018 | | 04/15/2018 | |
| Sold Date | | 04/19/2018 | | 09/28/2018 | |
| DOM/CDOM | --/ | 41/41 | | 141/141 | |
| List Price | | $265,000 | | $224,900 | |
| Sold Price | | $255,000 | | | |
| Concessions | | | | | |
| Abv Grd FinSF | | 1,503 | -6,000.00 | 1,858 | -10,000.00 |
| Blw Grd FinSF | | 0 | | 0 | |
| $/SqFt | | $169.66 | | $121.04 | |
| Acres | | 1.650 | | 4.610 | |
| Beds | | 3 | | 2 | 5,000 |
| Baths | / | 2 | -3,500/0 | 2 | -3,500/0 |
| Bsmnt Type | | Partial | | Full | |
| Garage Spcs | | 4.00 | | 2.00 | |
| Parking | | Asphalt Driveway | | | |
| Fireplaces | | 1 | | 1 | |
| Cooling | | Central A/C | | Central A/C | |
| Heating | | Propane | | Propane | |
| Water | | Well | | Well | |
| Sewer | | On Site Septic | | On Site Septic | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |

| | | | |
|---|---|---|---|
| Price | | $255,000 | $224,900 |
| Total Adjustments | | $-9,500 | $-8,500 |
| Adjusted Price | | $245,500 | $216,400 |

©2018 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Greg Skipper**
Long & Foster Real Estate



Greg Skipper
Long & Foster Real Estate
Office Ph: (410) 795-9600
Ph: (443) 536-9451

## Summary of Comparable Properties

Thursday, September 6, 2018

This page summarizes the comparable properties contained in this market analysis.

### Closed Properties

| Address | Price | Concs $ | Beds | Bth F | Bth H | AG Fin SqFt | Bldg SqFt | $/SqFt | Contract Date |
|---|---|---|---|---|---|---|---|---|---|
| 800 Harney Road | $194,995 | $9,400 | 3 | 2 | 0 | 1,163 | | $167.67 | 09/28/2017 |
| 650 Basehoar Roth Road | $249,000 | | 4 | 2 | 0 | 2,858 | 2,858 | $87.12 | 05/31/2018 |
| 941 Hoffman Home Road | $255,000 | | 3 | 2 | | 1,503 | 1,503 | $169.66 | 04/19/2018 |
| Averages: | $232,998 | $9,400 | 3 | 2 | 0 | 1,841 | 2,181 | $141.48 | |

### Pending Properties

| Address | Price | Concs $ | Beds | Bth F | Bth H | AG Fin SqFt | Bldg SqFt | $/SqFt | Contract Date |
|---|---|---|---|---|---|---|---|---|---|
| 95 Lion Archer Drive | $224,900 | | 2 | 2 | | 1,858 | 1,858 | $121.04 | 04/24/2018 |
| Averages: | $224,900 | | 2 | 2 | | 1,858 | 1,858 | $121.04 | |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $194,995 | $236,950 | $230,974 | $255,000 | 4 |
| **Adjusted Comparable Price** | $195,495 | $225,950 | $223,224 | $245,500 | 4 |



©2018 Bright MLS Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Greg Skipper**
Long & Foster Real Estate

Case 1:18-bk-03859-RNO    Doc 18    Filed 11/13/18    Entered 11/13/18 14:11:54    Desc Main Document    Page 5 of 7

**Greg Skipper**
Long & Foster Real Estate
Office Ph: (410) 795-9600
Ph: (443) 536-9451

# Pricing Recommendation

Thursday, September 6, 2018

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Sell Price Statistics | | Sell Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $223,200 | Average Price/Sq Ft: | $133 |
| High Price: | $245,500 | High Price/Sq Ft: | $168 |
| Median Price: | $226,000 | Median Price/Sq Ft: | $140 |
| Low Price: | $195,500 | Low Price/Sq Ft: | $82 |

Figures are based on selling price after adjustments, and rounded to the nearest $100.

**Summary...**

**Judging on the comparables, I think a fair market value of the Subject property is between $225,000 - $230,000.**

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

©2018 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Greg Skipper**
Long & Foster Real Estate

**Greg Skipper**
Long & Foster Real Estate
Office Ph: (410) 795-9600
Ph: (443) 536-9451



Thursday, September 6, 2018

## CMA Map

This page displays the Map for the CMA Subject and your comparables.



1  650 Basehoar Roth Road
2  95 Lion Archer Drive
3  941 Hoffman Home Road
4  800 Harney Road

©2018 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Greg Skipper**
Long & Foster Real Estate