Certificate Number: 16339-PAM-DE-032043927

Bankruptcy Case Number: 18-03859



16339-PAM-DE-032043927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2018</u>, at <u>4:41</u> o'clock <u>PM EST</u>, <u>Michael Meadows</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 17, 2018</u>          By: <u>/s/Kelley Tipton</u>

                            Name: <u>Kelley Tipton</u>

                            Title: <u>Certified Financial Counselor</u>