```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-03859-RNO
Michael Wayne Meadows                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Dec 21, 2018
                    Form ID: ntcnfhrg    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db            +Michael Wayne Meadows,    40 Schottie Road,    Littlestown, PA 17340-9749
5107806       +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
5107807       +Betty Meadows,    40 Schottie Road,    Littlestown, PA 17340-9749
5107808       +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5107809       +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
5107812       +John James Mooney III,    230 York Street,    Hanover, PA 17331-3270
5107813       +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5107805        PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                Harrisburg, PA 17128-0431
5107816        Penn State Hershey Medical Center,    Post Office box 643291,    Pittsburgh, PA 15264-3291
5107815       +Penn State Hershey Medical Center,    PO Box 853,    Hershey, PA 17033-0853
5107817       +Penn State MS Hershey Medical Cente,    PO Box 854,    Hershey, PA 17033-0854
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5132983        E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2018 20:17:18     Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
5107811       +E-mail/Text: julie.baugher@pinnaclehealth.org Dec 21 2018 20:17:04     Hanover Hospital,
                300 Highland Avenue,    Hanover, PA 17331-2203
5107804        E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 20:17:14     Internal Revenue Service,    POB 7346,
                Philadelphia, PA 19101-7346
5107814       +E-mail/Text: Bankruptcies@nragroup.com Dec 21 2018 20:18:13     National Recovery Agency,
                Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5135255        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 20:17:38
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5107818       +E-mail/Text: kcm@yatb.com Dec 21 2018 20:17:04     York Adams Tax Bureau,
                Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5107810        Emergency Physicians,    Removed per entry 10
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Michael Wayne Meadows gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Wayne Meadows,
aka Michael W Meadows,

Chapter 13

**Debtor 1**

Case No. 1:18−bk−03859−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 6, 2019 <br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 21, 2018 |

ntcnfhrg (03/18)