```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 18-03859-HWV
Michael Wayne Meadows                                               Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 1          Date Rcvd: Mar 15, 2019
                              Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
        +Betty Meadows,   40 Schottie Road,   Littlestown, PA 17340-9749
        +Grover E. Meadows,   40 Schottie Road,   Littlestown, PA 17340-9749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Gary J Imblum   on behalf of Debtor 1 Michael Wayne Meadows gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
         ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
         .com
        James   Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                 TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHAEL WAYNE MEADOWS<br>aka MICHAEL W. MEADOWS<br>    Debtor | CASE NO. 1-18-03859-RNO<br><br>CHAPTER 13 |
| DITECH FINANCIAL LLC<br>    Movant | |
| v. | |
| MICHAEL WAYNE MEADOWS<br>aka MICHAEL W. MEADOWS<br>    Respondent | |

## ORDER

Upon consideration of Debtor's Motion to Continue Hearing/Trial with Concurrence,

**IT IS HEREBY DECREED AND ORDERED** that the hearing scheduled for March 19, 2019 is hereby continued to April 23, 2019 in the Ronald Reagan Federal Building, Third Floor, 228 Walnut Street, Harrisburg, PA.

Dated: March 15, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)