IN RE:     MICHAEL WAYNE MEADOWS AKA:
             MICHAEL W MEADOWS
                   Debtor(s)               CHAPTER 13
             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE
                   Movant                CASE NO: 1-18-03859-HWV
             vs.
             MICHAEL WAYNE MEADOWS AKA:
             MICHAEL W MEADOWS
                   Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 24, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on November 13, 2018.

2. A hearing was held and an Order was entered on May 8, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                               Respectfully submitted,

                                               s/    James K. Jones, Esq.
                                               Id:   39031
                                               Attorney for Trustee
                                               Charles J. DeHart, III
                                               Standing Chapter 13 Trustee
                                               Ste. A, 8125 Adams Drive
                                               Hummelstown, PA    17036
                                               Ph.   717-566-6097
                                               Fax. 717-566-8313
                                               eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL WAYNE MEADOWS<br>AKA: MICHAEL W MEADOWS<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-18-03859-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  Date: August 28, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101  Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  July 24, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS

Respondent(s)

CHAPTER 13

CASE NO: 1-18-03859-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 24, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG, PA 17111- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| MICHAEL WAYNE MEADOWS<br>40 SCHOTTIE ROAD<br>LITTLESTOWN, PA 17340 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 24, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

Case 1:18-bk-03859-HWV    Doc 51    Filed 07/24/19    Entered 07/24/19 11:50:10    Desc
Page 3 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS

CASE NO: 1-18-03859-HWV

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.