```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                             Case No. 18-03859-HWV
Michael Wayne Meadows                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: DeborahGe     Page 1 of 1     Date Rcvd: Dec 06, 2019
                     Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
         +Betty Meadows,    40 Schottie Road,    Littlestown, PA 17340-9749
         +Grover E. Meadows,    40 Schottie Road,    Littlestown, PA 17340-9749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Gary J Imblum    on behalf of Debtor 1 Michael Wayne Meadows gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                   TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Wayne Meadows aka Michael W Meadows<br>                Debtor | Chapter 13 |
| DITECH FINANCIAL LLC<br>                v.<br>Michael Wayne Meadows aka Michael W Meadows<br>                and<br>Betty Meadows<br>Grover E. Meadows<br>Charles J. DeHart, III Esq.<br>             Additional Respondents | NO. 18-03859 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on May 24, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow DITECH FINANCIAL LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 40 Schottie Road Littlestown, PA 17340.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: December 6, 2019           By the Court,

                                                        Henry W. Van Eck, Bankruptcy Judge (JH)