# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 13, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael Wayne Meadows, a/k/a Michael W. Meadows
Chapter 13, Bankruptcy Case No. 1:18-bk-03859-HWV

Dear Clerk:

Please be advised that the address for Michael Wayne Meadows has changed to the following:

1044 Two Taverns Road
Gettysburg, PA 17325

The Debtor's <u>previous</u> address was as follows:

40 Schottie Road
Littlestown, PA 17340

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cvs

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service