UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS    CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant    CASE NO: 1-18-03859-HWV

MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 9, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 9, 2023, the Debtor(s) is/are $3,823.00 in arrears with a plan payment having last been made on Oct 28, 2022

In accordance with said stipulation, the case may be dismissed

Dated: January 9, 2023

Respectfully Submitted,
/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL WAYNE MEADOWS
AKA: MICHAEL W MEADOWS         CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                     CASE NO: 1-18-03859-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 9, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

GARY J. IMBLUM, ESQUIRE                SERVED ELECTRONICALLY
4615 DERRY STREET
HARRISBURG, PA 17111-

MICHAEL WAYNE MEADOWS
1044 TWO TAVERNS ROAD                  SERVED BY 1ST CLASS MAIL
GETTYSBURG, PA 17325-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101                   SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2023          /s/ Matt Arcuri
                                Office of the Standing Chapter 13 Trustee
                                Jack N. Zaharopoulos
                                8125 Adams Dr, Suite A
                                Hummelstown, PA 17036
                                Phone: (717) 566-6097
                                email: info@pamd13trustee.com