United States Bankruptcy Court
Middle District of Pennsylvania

In re:                               Case No. 18-03859-HWV
Michael Wayne Meadows            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                                   Page 1 of 2
Date Rcvd: Jan 10, 2023               Form ID: pdf010                                Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Wayne Meadows, 1044 Two Taverns Road, Gettysburg, PA 17325-7930 |
| 5107807 | + | Betty Meadows, 40 Schottie Road, Littlestown, PA 17340-9749 |
| 5107808 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5107809 | + | Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 5107812 | + | John James Mooney III, 230 York Street, Hanover, PA 17331-3270 |
| 5107805 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5107815 | + | Penn State Hershey Medical Center, PO Box 853, Hershey, PA 17033-0853 |
| 5107816 | | Penn State Hershey Medical Center, Post Office box 643291, Pittsburgh, PA 15264-3291 |
| 5107817 | + | Penn State MS Hershey Medical Cente, PO Box 854, Hershey, PA 17033-0854 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5107806 | ^ | MEBN | Jan 10 2023 18:37:17 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5132983 | | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2023 18:39:00 | Ditech Financial LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5107811 | + | Email/Text: lyonsbe2@upmc.edu | Jan 10 2023 18:39:00 | Hanover Hospital, 300 Highland Avenue, Hanover, PA 17331-2203 |
| 5107804 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2023 18:39:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5107813 | ^ | MEBN | Jan 10 2023 18:37:18 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5107814 | + | Email/Text: Bankruptcies@nragroup.com | Jan 10 2023 18:39:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5135255 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5107818 | + | Email/Text: kcm@yatb.com | Jan 10 2023 18:39:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5107810 | | Emergency Physicians, Removed per entry 10 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Michael Wayne Meadows gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Michael Wayne Meadows aka Michael W Meadows | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1-18-bk-03859-HWV |
| Jack N Zaharopoulos, Chapter 13 Trustee vs. Movant(s) | | |
| Michael Wayne Meadows aka Michael W Meadows Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Doc. 78, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 65, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 9, 2023